IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZACHARY ROYAL,<br><br>       Plaintiff,<br>vs.<br><br>CLYDE L. REESE, III, in his Official Capacity as Commissioner of the GEORGIA DEPARTMENT OF COMMUNITY HEALTH,<br><br>       Defendant. | Civil Action No.<br>1:14-cv-0025-WSD |

## **ORDER OF DISMISSAL**

This matter is before the Court upon the parties' Joint Motion To Retain Jurisdiction Over Settlement Agreement And Dismiss With Prejudice. The parties represent that they have entered into a settlement agreement which has resolved all issues and controversies to their mutual satisfaction. Upon review of the parties' said Motion and Settlement Agreement, the Court hereby grants the Motion.

**IT IS HEREBY ORDERED:**

1.      The parties shall comply with the terms of their settlement agreement entered into on October 22nd, 2014, a copy of which is attached and incorporated by reference as if fully set forth herein;

1

2.  By consent of the parties and the Court, and under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994), the Court shall retain jurisdiction for one year from the date of this Order for the purpose of enforcing the terms of the Settlement Agreement. The parties shall no longer be required to submit weekly status reports.

3.  Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice.

**SO ORDERED** this 27th day of October, 2014.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE